448 A.2d 1173

Commonwealth v. Morgan, Appellant.

Submitted October 15, 1981. Paulette J. Balough, Assistant Public Defender, for appellant; Dara DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and MONTEMURO, JJ.

Judgment of sentence affirmed.